# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**BRIDGET DREHER,**

        **Plaintiff,**

-v-

**ESKCO, INC.,**

        **Defendant.**

**Case No. 3:08-cv-325**

**Judge Thomas M. Rose**

---

**BRIDGET DREHER,**

        **Plaintiff,**

-v-

**JAMES R. SCHINDLER,**

        **Defendant.**

**Case No. 3:09-cv-209**

**Judge Thomas M. Rose**

---

**ENTRY AND ORDER DISMISSING Case No. 3:09-cv-209 and Case No. 3:08-cv-325 WITH PREJUDICE AND TERMINATING BOTH CASES**

---

On July 21, 2009, the Court consolidated Case No. 3:09-cv-209 and Case No. 3:08-cv-325, stayed both cases pending arbitration and ordered the Parties to provide status reports. (Case No. 3:09-cv-209, doc. #10; Case No. 3:08-cv-325, doc. #26.) The Parties have now reported that they have resolved the claims. (Case No. 3:09-cv-209, doc. #13; Case No. 3:08-cv-325, doc. #29.) They now jointly request that the Stays be lifted and the cases be dismissed with prejudice.

Therefore, the Stays in Case No. 3:09-cv-209 and Case No. 3:08-cv-325 are hereby lifted and both cases are DISMISSED WITH PREJUDICE. The captioned causes are ordered

terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio this Thirty-First Day of March, 2010.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record